

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Rustic Natural Resources LLC
(f/k/a Rustic Resources, LLC),
Rustic Land Holdings, LLC,
and Tortoise Holdings, LLC,

\* From the 142nd District Court
of Midland County,
Trial Court No. CV54515.

Vs. No. 11-21-00033-CV

\* December 15, 2022

DE Midland III LLC and
Endeavor Energy Resources, L.P.,

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against DE Midland III LLC and Endeavor Energy Resources, L.P.